

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-14-00126-CR

Joel Price **MORRIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5226
Honorable N. Keith Williams, Judge Presiding

## O R D E R

    The Clerk's Notification of Late Record is hereby GRANTED.  The clerk's record is due July 31, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2014.

Keith E. Hottle
Clerk of Court